**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

No. 98-2789

─────────

FARZIN A. ZAKERI,

Plaintiff - Appellant,

versus

JAMES OLIVER, City Manager of Norfolk; NANCY
N. OLIVO, Human Resources; JOHN M. KEIFER,
Director of Public Works; KRISTEN LENTZ,
Assistance Director; JIM DAMAN, Stormwater
Engineer,

Defendants - Appellees.

─────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-97-1174-2)

─────────

Submitted: February 11, 1999        Decided: February 23, 1999

─────────

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Farzin A. Zakeri, Appellant Pro Se. Harold Phillip Juren, Deputy
City Attorney, Norfolk, Virginia, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Farzia A. Zakeri appeals the district court's order granting the Defendants' motion for summary judgment in his Title VII action alleging race and national origin discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Zakeri v. Oliver, No. CA-97-1174-2 (E.D. Va. Nov. 24, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED